AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

School of Nursing and Health
105 Saint Mary's Hall
Georgetown University, Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Stephen K. Schmidt___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigation___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

SEE ATTACHED AFFIDAVIT

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

SEE ATTACHMENT A OF AFFIDAVIT

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence, Contraband, Fruits and instrumentalities

concerning a violation of Title __18 and 17__ United States Code, Section(s) __2319, 2319B, 371and 2; 506,1201 and 1204__
The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

John Carlin
FPC/WDC
(202) 353-2457

Signature of Affiant
Stephen K. Schmidt, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer