AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

School of Nursing and Health
105 Saint Mary's Hall
Georgetown University, Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 06 - 86 - M - 01

TO:  Stephen K. Schmidt   and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Stephen K. Schmidt_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

SEE ATTACHED AFFIDAVIT

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT A OF AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _March 12, 2006_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 0 2 2006
_____          at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____          _____
Name and Title of Judicial Officer              Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 03/02/2006 | 03/07/2006  2:00 PM | ROBERT A. WALTERS, LEGAL SVS. COORDINATOR |

INVENTORY MADE IN THE PRESENCE OF    DAVID C. SMITH - GEORGETOWN UNIVERSITY NETWORK SECURITY

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597 RECEIPT.

**FILED**

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _Stephen K. Schmidt_

Subscribed, sworn to, and returned before me this date.

_John M. Facciola_    03/10/06
U.S. Judge or U.S. Magistrate Judge        Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 295C-SF-126647 S-60

On (date) 03/07/2006   3:45 PM

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) DAVID C. SMITH - GEORGETOWN UNIVERSITY NETWORK SECURITY
(Street Address) 3300 WHITEHAVEN STREET, SUITE 2000
(City) WASHINGTON, DC 20057

Description of Item(s): (9) NINE ITEMS TOTAL, CONSISTING OF:

① ONE (1) HARD DRIVE FROM DELL GX270 CPU - SERIAL # 28LKJ41
   HARD DRIVE SERIAL # 3JX63HXH, 40 GIG

② ONE (1) HARD DRIVE FROM DELL GX270 CPU - SERIAL # 28LKJ41
   HARD DRIVE SERIAL # WCAL72198292, 250 GIG

③ ONE (1) HARD DRIVE FROM SONY VAIO CPU - SERIAL # 28580130
   HARD DRIVE SERIAL # WMAHM1411546, 40 GIG

④ ONE (1) HARD DRIVE FROM COOLER MASTER CPU - NO SERIAL #
   HARD DRIVE SERIAL # 3JS0TFVD, 160 GIG

⑤ TWO (2) DVDs AND ONE (1) CDR, TITLES INDICATE PORNOGRAPHY

⑥ TWENTY (20) DVDs (RECORDABLE), LABELED WITH VARIOUS MOVIE TITLES

⑦ ONE (1) HARD DRIVE FROM DELL XPS CPU - SERIAL # G2WH451
   HARD DRIVE SERIAL # R35G3FCE, 120 GIG

⑧ ONE (1) HARD DRIVE FROM DELL XPS CPU - SERIAL # G2WH451
   HARD DRIVE SERIAL # WMAM92863216, 80 GIG

⑨ ONE (1) HARD DRIVE FROM DELL XPS CPU - SERIAL # G2WH451
   HARD DRIVE SERIAL # WMAL93623871, 160 GIG

Received By: Stephen K. Schmidt (Signature)        Received From: (Signature)